IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS, CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. _____ |
| v. ) | |
| ) | |
| NORTEL NETWORKS, INC. and ) | |
| NORTEL NETWORKS, LTD., ) | |
| ) | |
| Defendants. ) | |

## FEDERAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Vonage Holdings Corporation (a private non-governmental party) certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888 (T)
302-654-2067 (F)

*Attorneys for Plaintiff Vonage Holdings Corp.*

*Of Counsel:*

Scott W. Doyle
Steven Barber
Anthony A. Onorato
R. Whitney Winston
Daniel L. Girdwood
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
202-429-3000 (T)
202-429-3902 (F)

Dated: August 17, 2007
183320.1