AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

VONAGE HOLDINGS, CORP.

## SUMMONS IN A CIVIL ACTION

V.

NORTEL NETWORKS, INC.
NORTEL NETWORKS, LTD.

CASE NUMBER:   07–507

TO: (Name and address of Defendant)

NORTEL NETWORKS, INC.
C/O Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899 (19801 for couriers)
302-654-1888  (T)
302-654-2067  (F)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    August 20, 2007
_____          _____
CLERK                                             DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  8/20/07 |
| NAME OF SERVER *(PRINT)*  FRANK  JOYCE | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): SERVED  REGISTERED  AGENT  BY HAND  @ 1245 PM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/20/07
             Date                    Signature of Server

    PARCELS INC.  230 N. MARKET ST.
                         WILMINGTON, DE  19801
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.