## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 21, 2007

Dr. Peter T. Dalleo                                         HAND DELIVERY
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

   Re:   *Vonage Holdings Corp. v. Nortel Networks, Inc. and Nortel Networks, Ltd.*
         C.A. No. 07-507

Dear Dr. Dalleo:

   We represent the plaintiff in the above action. We hereby request that you please effect service of process on defendant Nortel Networks, Ltd., a Canadian company, by international registered mail, pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii). Service should be mailed to Nortel Networks, Ltd., 195 The West Mall, Toronto A6 M9C 5K1, Canada.

   In connection with this request, we enclose the following documents:

   1.   my affidavit, confirming our belief that such service is permitted in Canada;

   2.   original summons;

   3.   copy of the complaint; and

   4.   completed registered mail receipts.

   We appreciate your assistance in this matter. If you have any questions, or if there is anything else you need from us in order to effect service, please let us know.

                                                 Very truly yours,

                                                 */s/ Tiffany Geyer Lydon*

                                                 Tiffany Geyer Lydon

183383.1