IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VONAGE HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-507 |
| v. | ) | |
| | ) | |
| NORTEL NETWORKS, INC. and | ) | |
| NORTEL NETWORKS, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF TIFFANY GEYER LYDON
### IN SUPPORT OF SERVICE IN A FOREIGN COUNTRY

STATE OF DELAWARE       )
                                          SS:
COUNTY OF NEW CASTLE )

Tiffany Geyer Lydon, being duly sworn, deposes and says:

1.  I am one of the attorneys representing the plaintiff in this action.

2.  Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(C)(ii) provide for the service of a summons and complaint upon a corporation not within any judicial district of the United States by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the corporation to be served.

3.  An investigation has determined that (i) defendant Nortel Networks, Ltd. is a corporation organized under the laws of Canada, with its corporate offices located at 195 The West Mall, Toronto A6 M9C 5K1, Canada; and (ii) Canada does not object to service by International Registered Mail.

_/s/ Tiffany Geyer Lydon_
Tiffany Geyer Lydon (I.D. #3950)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

SWORN TO AND SUBSCRIBED before
me this 21st day of August, 2007

_/s/ Denice M. Fioravanti_
Notary Public

183367.1

[Notary Seal: DENICE M. FIORAVANTI, MY COMMISSION EXPIRES AUG. 9, 2010, NOTARY PUBLIC, STATE OF DELAWARE]