OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21, 2007

FedEx
RETURN RECEIPT REQUESTED

Nortel Networks, Ltd.
195 The West Mall
Toronto A6 M9C 5K1, Canada

RE: Vonage Holdings Corp. v. Nortel Networks Inc. et al.
    Civil Action 07-507

Dear Sirs/Madam:

    Enclosed please find copies of Summons and Complaint in the above case.  This service is made pursuant to Federal Rules of Civil Procedure, Rule 4(f)(2)(C)(ii).

Also enclosed is a Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

Please note that you have twenty (20) days in which to answer the complaint.  Your answer should be filed with this Court and served upon the Plaintiff's attorney:

           Steven J. Balick
           Ashby & Geddes
           500 Delaware Avenue
           8th Floor
           P.O. Box 1150
           Wilmington, DE 19899

           Very truly yours,


           BY: PETER T. DALLEO
               CLERK

Encls.

cc: Steven J. Balick
    Ashby & Geddes

Mailed by: _Elizabeth Duna_