IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Vonage Holdings Corp.              :
                                   :
        Plaintiffs,                :
                                   :  Civil Action No. 07-507
    v.                             :
                                   :
Nortel Networks Inc. and Nortel    :
Networks Ltd.                      :
                                   :
        Defendants.                :

### A F F I D A V I T

    I, Elizabeth A. Dinan, being first duly sworn, deposed and say that pursuant to Rule4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on August 21, 2007 by Registered Mail #RA 122365751 US, U.S. Postal Service, to Nortel Networks Ltd., 195 The West Mall, Toronto, A6 M9C 5K1, Canada, the following documents:

    a) Summons and Complaint with the above-captioned case;

    b) Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Option.

_____
Elizabeth A. Dinan
Deputy Clerk

Sworn to and subscribed before me
this 21st day of August, 2007.

_____
Evette Watson
Deputy Clerk



