IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS, CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-507-*** |
| v. ) | |
| ) | |
| NORTEL NETWORKS, INC. and ) | |
| NORTEL NETWORKS, LTD., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiff Vonage Holdings, Corp. and Defendants Nortel Networks, Inc. and Nortel Networks, Ltd., subject to the approval by the Court, that the date by which Defendants may answer or otherwise respond to the Complaint shall be extended to and including October 10, 2007.

| EDWARDS ANGELL PALMER & DODGE LLP | ASHBY & GEDDES |
|---|---|
| /s/ Denise Seastone Kraft | /s/ John G. Day |
| Denise Seastone Kraft (#2778) | Steven J. Balick (#2114) |
| 919 North Market Street, 15th Fl. | John G. Day (#2403) |
| Wilmington, DE 19801 | Tiffany Geyer Lydon (#3950) |
| (302) 777-7770 | 500 Delaware Avenue, 8th Fl. |
| (302) 777-7263 (fax) | Wilmington, DE 19801 |
| dkraft@eapdlaw.com | (302) 654-1888 |
| *Attorneys for Defendants* | (302) 654-2067 (fax) |
| | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| | *Attorneys for Plaintiff* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge