IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTEL NETWORKS, INC. and )<br>NORTEL NETWORKS, LTD., )<br>)<br>Defendants. ) | C.A. No. 07-507-*** |

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff Vonage Holdings Corp. hereby respectfully requests a trial by jury in the above action as to all issues so triable. Although a jury demand was included in the text of the complaint, it inadvertently was omitted from the complaint's caption, and this document simply is intended to assure that there is no uncertainty as to plaintiff's desire for a jury in this matter.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff Vonage Holdings Corp.*

*Of Counsel:*

Scott W. Doyle
Steven Barber
Anthony A. Onorato
R. Whitney Winston
Daniel L. Girdwood
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
202-429-3000

Dated: August 31, 2007

183345.1