CA 07-507

| | |
|---|---|
|  **UNITED STATES POSTAL SERVICE®** | **Return Receipt for International Mail** (Registered, Insured, Recorded Delivery, Express Mail) |
| *Administration des Postes des Etats-Unis d'Amérique* |  *Par Avion* — Postmark of the office returning the receipt / *Timbre du bureau renvoyant l'avis*  |

| | |
|---|---|
| Return by the quickest route (air or surface mail), a découvert and postage free | The sender completes and indicates the address for the return of this receipt. *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)* |
| | **Name or Firm** *(Nom ou raison sociale)* United States District Court for the District of |
| A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port. | Delaware/Clerk of the Court |
| | **Street and Number** *(Rue et no.)* 844 North King Street |
| | **City, State, and ZIP + 4** *(Localité et code postal)* Wilmington, DE 19801 |
| 07-507 Long Arm | UNITED STATES OF AMERICA   Etats-Unis d'Amérique |
| PS Form **2865**, February 1997 | *Avis de réception*   **CN07** *(Old C5)* |



FILED
SEP 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | Item Description *(Nature de l'envoi)* | Registered ☐ Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | Printed ☐ Matter *(Imprimé)* | ☐ Other *(Autre)* | Recorded Delivery ☐ *(Envoi à livraison attestée)* | Express ☐ Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. *(A remplir par le bureau d'origine.)* | Insured Parcel ☐ *(Colis avec valeur déclarée)* | | Insured Value *(Valeur déclarée)* | | Article Number RA 122 365 751 US | | |
| | Office of Mailing *(Bureau de dépôt)* | | | | Date of Posting *(Date de dépôt)* August 21, 2007 | | |
| | Addressee Name or Firm *(Nom ou raison sociale du destinataire)* Nortel Networks, Ltd. | | | | | | |
| | Street and No. *(Rue et No.)* 195 The West Mall | | | | | | |
| | Place and Country *(Localité et pays)* Toronto A6 M9C 5K1, Canada | | | | | | |

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

Postmark of the office of destination *(Timbre du bureau de destination)*

PS Form **2865**, February 1997 *(Reverse)*