IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS, CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-507-*** |
| v. | ) |
| | ) |
| NORTEL NETWORKS, INC. and | ) |
| NORTEL NETWORKS, LTD., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Scott R. Samay and Howard I. Shin of Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193, Michael L. Brody of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601-9703 and George W. Neuner of Edwards, Angell, Palmer & Dodge, LLP, 111 Huntington Avenue, Boston, Massachusetts 02199-7613 to represent defendants Nortel Networks, Inc. and Nortel Networks, Ltd. in this matter.

EDWARDS, ANGELL, PALMER & DODGE, LLP

/s/ *Denise Seastone Kraft*

Denise Seastone Kraft (#2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777.7770
(302) 777.7263 (fax)
dkraft@eapdlaw.com
 *Attorney for Defendants*
 *Nortel Networks, Inc. and Nortel Networks, Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date : _____    _____
United States Magistrate Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Scott R. Samay
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
(212) 294-4700 (fax)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Howard I. Shin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
(212) 294-4700 (fax)

WLM 510411_1/DKRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NORTEL NETWORKS INC., and <br> NORTEL NETWORKS, LTD., <br><br> Defendants. | C.A. No. 07-507-*** |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: _____   Signed: _____ (Michael Brody)
                  Winston & Strawn, LLP
                  35 West Wacker Drive
                  Chicago, Illinois 60601

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Massachusetts, Virginia, New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
George W. Neuner
Edwards, Angell, Palmer & Dodge, LLP
111 Huntington Avenue
Boston, Massachusetts 02199-7613
(617) 951-5538
(888) 325-9229 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2007, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue, 8th Fl.
>Wilmington, DE  19801

In addition, the undersigned also forwarded a copy of same in the manner indicated below to:

**BY HAND**

>Steven J. Balick, Esquire
>Ashby & Geddes
>500 Delaware Avenue, 8th Fl.
>Wilmington, DE  19801

>*/s/ Denise Seastone Kraft*
>Denise Seastone Kraft (#2778)
>919 N. Market Street, 15th Floor
>Wilmington, DE  19801
>302.777.7770
>dkraft@eapdlaw.com