IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS, CORP., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 07-507 *** |
| ) | |
| v. ) | TRIAL BY JURY DEMANDED |
| ) | |
| NORTEL NETWORKS, INC. and ) | |
| NORTEL NETWORKS, LTD., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY

Defendants Nortel Networks Inc. and Nortel Networks Ltd., by and through their undersigned counsel, hereby respectfully move the Court to dismiss, transfer or stay Plaintiff's claims. The basis for this motion is more fully set forth in Defendants' Memorandum In Support Of Defendants' Motion To Dismiss, Transfer Or Stay filed contemporaneously herewith.

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*

---
Denise Seastone Kraft (#2778)
919 North Market Street, 15th Floor
Wilmington, DE  19801
(302) 777-7770
(302) 777-7263 (fax)
dkraft@eapdlaw.com
  *Counsel for Defendants Nortel Networks, Inc.*
  *and Nortel Networks, Ltd.*

OF COUNSEL:

Michael Brody
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Scott Samay
Howard I. Shin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

October 10, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2007, she caused to be electronically filed a true and correct copy of **DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for reviewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE 19801

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

### BY HAND

> Steven J. Balick, Esquire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE 19801

> */s/ Denise Seastone Kraft*
> Denise Seastone Kraft (#2778)
> Edwards Angell Palmer & Dodge LLP
> Wilmington, DE 19801
> (302) 777-7770
> dkraft@eapdlaw.com