IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-507-*** |
| v. | ) |
| | ) |
| NORTEL NETWORKS, INC. and | ) |
| NORTEL NETWORKS, LTD., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Scott W. Doyle, Steven J. Barber, Anthony A. Onorato, R. Whitney Winston, and Daniel L. Girdwood to represent plaintiff Vonage Holdings Corp. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $125.00 is being submitted to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Plaintiff Vonage Holdings Corp.*

Dated: October 19, 2007
185126.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VONAGE HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-507-*** |
| v. | ) | |
| | ) | |
| NORTEL NETWORKS, INC. and | ) | |
| NORTEL NETWORKS, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Scott W. Doyle, Steven J. Barber, Anthony A. Onorato, R. Whitney Winston, and Daniel L. Girdwood to represent plaintiff Vonage Holdings Corp. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Virginia and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Scott W. Doyle
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-3000

Dated: October 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Steven J. Barber
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-3000

Dated: October 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of Virginia and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *[signature]*

Anthony A. Onorato
Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-3000

Dated: October 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *R. Whitney Winston*
R. Whitney Winston
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
202-429-3018

Dated: October 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

 Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
**Daniel L. Girdwood**
**Steptoe & Johnson LLP**
**1330 Connecticut Ave. NW**
**Washington, DC 20036**
**202-429-5513**

Dated: October 18, 2007