IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 07-507 *** |
| | ) |
| v. | ) |
| | ) |
| NORTEL NETWORKS, INC. and | ) |
| NORTEL NETWORKS, LTD., | ) |
| | ) |
| Defendants. | ) |

### STIPULATED NOTICE OF WITHDRAWAL OF MOTION

**WHEREAS**, the parties herein wish to proceed before this Court without any further briefing or argument regarding the appropriateness of litigating in this forum;

**IT IS HEREBY STIPULATED AND AGREED**, by and among Nortel Networks, Inc. and Nortel Networks, Ltd. (collectively "Nortel") and Vonage Holdings, Corp. ("Vonage") that Nortel's Motion to Dismiss, Transfer or Stay (D.I. 15) is withdrawn and that Nortel will serve a response to Vonage's Complaint for Declaratory Judgment (D.I. 1) on or before December 6, 2007.

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP | ASHBY & GEDDES |
| /s/ Denise Seastone Kraft | /s/ Steven J. Balick |

Denise Seastone Kraft (#2778)
919 North Market Street, 15th Fl.
Wilmington, DE 19801
(302) 777-7770
dkraft@eapdlaw.com
  Counsel for Defendants
  Nortel Networks, Inc. and Nortel Networks,
  Ltd.

OF COUNSEL:

Michael Brody
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Scott Samay
Howard I. Shin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

George W. Neuner
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lyndon (#3950)
500 Delaware Avenue, 8th Fl.
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
(302) 654-1888
  Counsel for Plaintiff
  Vonage Holdings Corp.

OF COUNSEL:

Scott W. Doyle
Steven Barber
Anthony A. Onorato
R. Whitney Winston
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
 (202) 429-3000

    SO ORDERED this _____ day of November, 2007.

                                            _____
                                            United States District Judge