IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VONAGE HOLDINGS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-507-*** |
| v. | ) | |
| | ) | |
| NORTEL NETWORKS, INC. and | ) | |
| NORTEL NETWORKS, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of December, 2007, **VONAGE HOLDINGS CORP.'S RULE 26 (a)(1) INITIAL DISCLOSURES** were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Denise Seastone Kraft, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| George W. Neuner, Esquire<br>Edwards, Angell, Palmer & Dodge, LLP<br>111 Huntington Avenue<br>Boston, MA  02199-7613 | VIA ELECTRONIC MAIL |
| Scott R. Samay, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY  10166-4193 | VIA ELECTRONIC MAIL |
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703 | VIA ELECTRONIC MAIL |

          ASHBY & GEDDES

          */s/ Tiffany Geyer Lydon*
          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          Tiffany Geyer Lydon (I.D. #3950)
          500 Delaware Avenue, 8th Floor
          P.O. Box 1150
          Wilmington, DE 19899
          302-654-1888

          *Attorneys for Plaintiff Vonage Holdings Corp.*

*Of Counsel:*

Scott W. Doyle
Steven Barber
Anthony A. Onorato
Whitney R. Winston
Daniel L. Girdwood
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington, D.C. 20036
202-429-3000


Dated: December 3, 2007
183777.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Denise Seastone Kraft, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | HAND DELIVERY |
| George W. Neuner, Esquire<br>Edwards, Angell, Palmer & Dodge, LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613 | VIA ELECTRONIC MAIL |
| Scott R. Samay, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | VIA ELECTRONIC MAIL |
| Michael L. Brody, Esquire<br>Winston & Strawn LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon