IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTEL NETWORKS, INC. and )<br>NORTEL NETWORKS, LTD., )<br>)<br>Defendants. )<br>) | C.A. No. 07-507 ***<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2007, true and correct copies of NORTEL'S INITIAL DISCLOSURES were served on the following counsel of record in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**

Steven J. Balick, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Fl.
Wilmington, DE  19801

Scott W. Doyle, Esquire
Steven Barber, Esquire
Anthony A. Onorato, Esquire
Whitney R. Winston, Esquire
Daniel L. Girdwood, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue., NW
Washington, DC  20036

          EDWARDS ANGELL PALMER & DODGE LLP

          */s/ Denise Seastone Kraft*
          _____
          Denise Seastone Kraft (#2778)
          919 North Market Street, 15th Fl.
          Wilmington, DE  19801
          (302) 777-7770
          dkraft@eapdlaw.com
            *Attorney for Defendants*
            *Nortel Networks, Inc. and Nortel Networks, Ltd.*

December 3, 2007

Case 1:07-cv-00507-GMS   Document 25   Filed 12/03/2007   Page 3 of 3


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2007, the attached NOTICE OF SERVICE was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE  19801

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

**BY HAND**

> Steven J. Balick, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE  19801

**BY EMAIL AND FEDERAL EXPRESS**

> Scott W. Doyle, Esquire
> Steven Barber, Esquire
> Anthony A. Onorato, Esquire
> Whitney R. Winston, Esquire
> Daniel L. Girdwood, Esquire
> STEPTOE & JOHNSON, LLP
> 1330 Connecticut Avenue, NW
> Washington, DC  20036

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
EDWARDS ANGELL PALMER & DODGE LLP
Wilmington, DE  19801
(302) 777-7770
dkraft@eapdlaw.com