**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VONAGE HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>) C.A. No. 07-507-\*\*\*<br>v. )<br>)<br>NORTEL NETWORKS, INC. and )<br>NORTEL NETWORKS, LTD., )<br>)<br>Defendants. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff Vonage Holdings, Corp. and Defendants Nortel Networks, Inc. and Nortel Networks, Ltd., subject to the approval by the Court, that the date by which Defendants may answer or otherwise respond to Vonage's Complaint for Declaratory Judgment shall be extended to and including December 14, 2007.

EDWARDS ANGELL PALMER & DODGE LLP        ASHBY & GEDDES

*/s/ Denise Seastone Kraft*                                         */s/ John G. Day*
Denise Seastone Kraft (#2778)                               Steven J. Balick (#2114)
919 North Market Street, 15th Fl.                           John G. Day (#2403)
Wilmington, DE 19801                                            Tiffany Geyer Lydon (#3950)
(302) 777-7770                                                         500 Delaware Avenue, 8th Fl.
(302) 777-7263 (fax)                                                Wilmington, DE 19801
dkraft@eapdlaw.com                                              (302) 654-1888
  *Attorneys for Defendants*                                   (302) 654-2067 (fax)
                                                                               sbalick@ashby-geddes.com
                                                                               jday@ashby-geddes.com
                                                                               tlydon@ashby-geddes.com
                                                                                 *Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge