IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NORTEL NETWORKS INC. and )<br>NORTEL NETWORKS LTD. )<br>)<br>Defendants. ) | C.A. No. 07-507-***-LPS |

**STIPULATED ORDER FOR TEMPORARY STAY OF DEADLINES**

WHEREAS, on December 28, 2007, Plaintiff Vonage Holdings Corp. ("Vonage") and Defendants Nortel Networks Inc. and Nortel Networks Ltd. (collectively, "Nortel") entered into a Memorandum of Understanding, pursuant to which the parties agreed in principle to end the pending litigation;

WHEREAS, Vonage and Nortel would like to stay this action in order to complete the definitive settlement agreements;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled, dates and deadlines set forth in the Court's November 26, 2007, Scheduling Order (D.I. 23) are vacated, and that this action is stayed until February 4, 2008 to permit the parties to explore non-judicial resolution of the pending matter. If the parties are unable to resolve the pending matter by February 4, 2008, they will file a proposed revised schedule, no later than February 7, 2008, resetting the deadlines in the Court's Scheduling Order.

- 2 -

| | |
|---|---|
| /s/ Denise Seastone Kraft | /s/ John G. Day |
| Denise Seastone Kraft | Steven J. Balick |
| EDWARDS ANGELL PALMER & DODGE LLP | John G. Day |
| 919 North Market Street | Tiffany Geyer Lydon |
| Suite 1500 | ASHBY & GEDDES |
| Wilmington, DE 19801 | 500 Delaware Avenue, 8th Floor |
| (302) 777-7770 (T) | P.O. Box 1150 |
| (888) 325-9741 (F) | Wilmington, DE 19899 |
| | 302-654-1888 (T) |
| Of Counsel: | 302-654-2067 (F) |
| | |
| Michael L. Brody | Of Counsel: |
| WINSTON & STRAWN LLP | |
| 35 W. Wacker Drive | Scott W. Doyle |
| Chicago, IL 60601 | Steven J. Barber |
| 312-558-5600 (T) | Anthony A. Onorato |
| 312-558-5700 (F) | R. Whitney Winston |
| | STEPTOE & JOHNSON LLP |
| Scott R. Samay | 1330 Connecticut Ave, NW |
| Howard I. Shin | Washington, D.C. 20036 |
| WINSTON & STRAWN LLP | (202) 429-3000 |
| 200 Park Avenue | (202) 429-3902 (facsimile) |
| New York, NY 10166 | |
| 212-294-6700 (T) | **COUNSEL FOR VONAGE** |
| 212-294-4700 (F) | **HOLDINGS CORP.** |
| | |
| **COUNSEL FOR NORTEL** | |
| **NETWORKS, INC. AND NORTEL** | |
| **NETWORKS, LTD.** | |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge