IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP.<br><br>           Plaintiff<br><br>v.<br><br>NORTEL NETWORKS INC. and<br>NORTEL NETWORKS LTD.<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-507 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIRD STIPULATED ORDER FOR TEMPORARY STAY OF DEADLINES**

WHEREAS, on December 28, 2007, Plaintiff Vonage Holdings Corp. ("Vonage") and Defendants Nortel Networks Inc. and Nortel Networks Ltd. (collectively, "Nortel") entered into a Memorandum of Understanding, pursuant to which the parties agreed in principle to end the pending litigation;

WHEREAS, Vonage and Nortel would like to stay this action in order to complete the definitive settlement agreements;

WHEREAS, on January 4, 2008 Vonage and Nortel filed a Stipulated Order for Temporary Stay of Deadlines that was granted by the Court on January 7, 2008 [D.I. 29], and stayed the deadlines until February 4, 2008;

WHEREAS, on February 1, 2008 Vonage and Nortel filed a Second Stipulated Order for Temporary Stay of Deadlines that was granted by the Court on February 8, 2008 [D.I. 31], and stayed the deadlines until February 29, 2008;

WHEREAS, Vonage and Nortel have been diligently working towards non-judicial resolution of the pending matters, have exchanged several drafts of definitive settlement documents, believe that they have agreed on all major points and only await approval and

WLM 512760.1

- 2 -

execution by the parties, which is expected soon; however, the parties require additional time beyond February 29, 2008 to complete the final settlement documentation;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all currently scheduled dates and deadlines set forth in the Court's November 26, 2007, Scheduling Order [D.I. 23] remain stayed, and that this action be stayed until March 14, 2008 to permit the parties to continue exploring non-judicial resolution of the pending matter.  If the parties are unable to resolve the pending matter by March 14, 2008, they will file a proposed revised schedule, no later than March 21, 2008, resetting the deadlines in the Court's Scheduling Order.

| | |
|---|---|
| _/s/ Denise Seastone Kraft_<br>Denise Seastone Kraft<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 777-7770 (T)<br>(888) 325-9741 (F)<br><br>Of Counsel:<br><br>Michael L. Brody<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>312-558-5600 (T)<br>312-558-5700 (F)<br><br>Scott R. Samay<br>Howard I. Shin<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>212-294-6700 (T)<br>212-294-4700 (F)<br><br>**COUNSEL FOR NORTEL NETWORKS, INC. AND NORTEL NETWORKS, LTD.** | _/s/ John G. Day_<br>Steven J. Balick<br>John G. Day<br>Tiffany Geyer Lydon<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888  (T)<br>302-654-2067  (F)<br><br>Of Counsel:<br><br>Scott W. Doyle<br>Steven J. Barber<br>Anthony A. Onorato<br>R. Whitney Winston<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave, NW<br>Washington, D.C.  20036<br>(202) 429-3000<br>(202) 429-3902 (facsimile)<br><br>**COUNSEL FOR VONAGE HOLDINGS CORP.** |

WLM 512760.1

- 3 -

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge, United States District Court