IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-507 *** |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| NORTEL NETWORKS, INC. and | ) |
| NORTEL NETWORKS, LTD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 28, 2008, a true and correct copy of THIRD STIPULATED ORDER FOR TEMPORARY STAY OF DEADLINES was served on the following counsel of record in the manner indicated:

**BY EMAIL AND FEDERAL EXPRESS**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801

Scott W. Doyle, Esquire
Steven Barber, Esquire
Anthony A. Onorato, Esquire
Whitney R. Winston, Esquire
Daniel L. Girdwood, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue., NW
Washington, DC 20036

WLM 512781.1

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*

_____
Denise Seastone Kraft (#2778)
919 North Market Street, 15th Fl.
Wilmington, DE 19801
(302) 777-7770
dkraft@eapdlaw.com
  *Attorney for Defendants*
  *Nortel Networks, Inc. and Nortel Networks, Ltd.*

February 28, 2008

WLM 512781.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2008, the attached NOTICE OF SERVICE was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE 19801

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

### BY HAND

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

> Scott W. Doyle, Esquire
> Steven Barber, Esquire
> Anthony A. Onorato, Esquire
> Whitney R. Winston, Esquire
> Daniel L. Girdwood, Esquire
> STEPTOE & JOHNSON, LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036

> /s/ *Denise Seastone Kraft*
> Denise Seastone Kraft (#2778)
> EDWARDS ANGELL PALMER & DODGE LLP
> Wilmington, DE 19801
> (302) 777-7770
> dkraft@eapdlaw.com

WLM 512781.1