IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VONAGE HOLDINGS CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTEL NETWORKS, INC. and )<br>NORTEL NETWORKS, LTD., )<br>)<br>Defendants. ) | C.A. No. 07-507-GMS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Vonage Holdings Corp. and Defendants Nortel Networks, Inc. and Nortel Networks Limited hereby stipulate and request that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed without prejudice, including any and all claims asserted by the parties, in accordance with a Patent Settlement Agreement; and

2. Each party is to bear its own costs, expenses, and attorneys' fees.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*

_____
Denise Seastone Kraft (I.D. #2778)
919 North Market Street
Suite 1500
Wilmington, DE 19801
(302) 777-7770

*Attorneys for Defendants*

|  |  |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Scott W. Doyle | Scott R. Samay |
| Steven J. Barber | Howard R. Shin |
| Anthony A. Onorato | WINSTON & STRAWN LLP |
| R. Whitney Winston | 200 Park Avenue |
| STEPTOE & JOHNSON LLP | New York, NY 10166 |
| 1330 Connecticut Avenue, NW | (212) 294-6700 |
| Washington, DC 20036 |  |
| (202) 429-3000 | Michael L. Brody |
|  | WINSTON & STRAWN LLP |
|  | 35 W. Wacker Drive |
|  | Chicago, IL 60601 |
|  | (312) 558-5600 |
|  |  |
|  | George W. Neuner |
|  | EDWARDS ANGELL PALMER |
|  |  & DODGE LLP |
|  | 111 Huntington Avenue |
|  | Boston, MA 02199 |
|  | (617) 239-0100 |

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge